1 Andrew D. Skale (SBN 211096)
adskale@mintz.com
2 Ben L. Wagner (SBN 243594)
blwagner@mintz.com
3 MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road Suite 300
4 San Diego, CA 92130
Telephone: 858 314 1500
5 Facsimile: 858 314 1501

6 Attorneys for Plaintiff,
ACORNS GROW INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORNS GROW INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>ACORN MACHINE (US) INC.<br><br>Defendant. | Case No. 3:18-cv-04643-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)**<br><br>The Hon. James Donato |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, ACORNS GROW INCORPORATED, provides notice that it voluntarily dismisses and hereby voluntarily dismisses this action in its entirety, without prejudice.

DATED: October 24, 2018

Respectfully Submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By: */s/Andrew D. Skale*
Andrew D. Skale
adskale@mintz.com
Ben L. Wagner
blwagner@mintz.com

Attorneys for Plaintiff
ACORNS GROW INCORPORATED

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On October 24, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on October 24, 2018, at San Diego, California.

                                              */s/Andrew D. Skale*
                                              Andrew D. Skale

82214417v.1